**Order filed September 16, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00084-CR

_____

**RICKY MOLINA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1307050**

## ORDER

Appellant is represented by appointed counsel, Patti Sedita. Appellant's brief was originally due April 24, 2014**.** We granted a total of more than 90 days extension of time to file appellant's brief until August 25, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On August 26, 2014, counsel filed a

further request for another 60 day-extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Patti Sedita to file a brief with the clerk of this Court within 30 days of the date of this order. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM


Panel consists of Justices McCally, Brown and Wise.